IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:22-CR-7 (WLS-TQL) |
| | : |
| TOCCARA LAMERE HERRING, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On September 19, 2023, the Court held an evidentiary hearing on Defendant's "Motion to Suppress Illegally Obtained Evidence[.]" (Doc. 30).[1] Upon consideration of the Motion, the Government's Response (Doc. 33), the testimony of the witness, exhibits entered into evidence, the arguments of counsel, and for the reasons stated on the record at the September 19, 2023 hearing, and as ordered on the Record in open Court, which by reference is included herein, the Defendant's Motion to Suppress (Doc. 33) is **DENIED**, and the Clerk shall so note on the docket of the case.

**SO ORDERED**, this 4th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] The hearing was held by Judge Hugh Lawson. On March 28, 2024, this matter was transferred from Judge Hugh Lawson to Judge Louis Sands, the undersigned. After reviewing the transcript of the hearing (Doc. 38), this Order is entered to record Judge Lawson's ruling from the bench in the Court's record.

1