**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CR-7 (WLS-TQL-1) |
| | : | |
| TOCCARA LAMERE HERRING, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On July 2, 2024, the Court received a letter from Defendant Tocarra Lamere Herring ("Defendant") asserting ineffective assistance of counsel. The Court construes the letter as a motion to appoint new counsel and has entered the letter under seal on the docket. The Court will inquire into the matter during the pretrial conference set for July 9, 2024 at 3:00 P.M, in addition to matters pertaining to the upcoming trial.

**SO ORDERED**, this day of July 8th, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1