IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :     CASE NO.: 7:22-CR-7 (WLS-TQL-1) |
| | : |
| TOCCARA LAMERE HERRING, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

     Before the Court is Defendant Toccara Lamere Herring's ("Defendant's) Motion to Continue Trial ("the Motion"). Therein, Defendant asks the Court to continue the trial in the above captioned case, to the next Valdosta Division Trial term. Counsel contends this continuance is warranted to allow for a forensic analysis of videos provided for the defense in discovery, and for the prosecution to have time to review and respond to any results of the analysis.

     Based on the Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 57) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division November 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

     **SO ORDERED**, this day of July 12th, 2024.

                                                               /s/ W. Louis Sands
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                              **UNITED STATES DISTRICT COURT**