AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

TOCCARA LAMERE HERRING

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 7:22-cr-7 (WLS-TQL)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

W. LOUIS SANDS, SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

November 6, 2024
Date